SENTENCING:     DATE: **7/20/23**

CASE CAPTION: **USA v. Ronnie Bailey**     CASE NUMBER: **3:22-cr-20-03**

Pltfs. Attorney: **Brent Tabacchi**     Defts. Attorney: **Jon Paul Rion**

| | |
|---|---|
| **X** | Defendant appeared with Counsel. |
| | Interpreter _____ appeared and sworn. |
| **X** | Defendant remanded to the custody of the Attorney General/Bureau of Prisons of the United States for: **Twenty-four (24) months** |
| **X** | Fined $ **-0-** on Count ____. |
| **X** | Restitution in the amount of $ **-0-**. |
| **X** | $ **100.00** Special Assessment/Victims Crime Fund |
| **X** | Special Assessment to be paid immediately. |
| | Special Parole Term ____ years pursuant to ____ U.S.C. ____ |
| **X** | **3** Years Supervised Release |
| | Execution of sentence suspended. (in terms of months/years) |
| | Defendant placed on probation for a period not to exceed ____ years |
| **X** | Conditions of supervised release: |

- **X** Follow the rules and regulations of the Probation Department
- **X** Defendant must report to supervising agency within 72 hours of release from institution.
- **X** Defendant must not commit any crimes, either federal, state or local.
- **X** Defendant must not own, possess, or traffic in any firearm or dangerous weapon.
- **X** Defendant must not possess, use, or traffic in any controlled substance.
- **X** Defendant must make himself available for substance abuse testing and or treatment if requested by supervising agency.
- **X** Defendant shall cooperate in the collection of DNA as required by statute.

| | |
|---|---|
| **X** | Other: **Objection to calculation sustained** |
| **X** | Recommendations to the Bureau of Prisons: **The Court recommends that the defendant be accorded all allowable presentence credit for time spent incarcerated on said offense. Placed as close to the Dayton, Ohio. RDAP if eligible. Vocational training. Mental health counseling** |
| **X** | Voluntary surrender |
| | Taken into custody |
| | Defendant remanded to custody of the U.S. Marshal |
| **X** | Defendant's rights of appeal explained and understood. |

COURT REPORTER: **Caryl Blevins**     CONVENED: **1:50 pm**

DEPUTY CLERK: **Liz Penski**     RECESSED: **2:25 pm**